UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MARANDA PARKER, on behalf of
herself and all others similarly situated,

Plaintiff,

     Case No. 22-CV-943-JPS

v.

IGNITE TEAM PARTNERS, LLC;
OAK CREEK OPCO, LLC; and
SHAKENBAKE INVESTMENTS, LLC,

Defendants.

## STIPULATION OF DISMISSAL OF SHAKENBAKE INVESTMENTS, LLC

Plaintiff, Maranda Parker, by her attorneys Walcheske & Luzi, LLC, and Defendants, Ignite Team Partners, LLC; Oak Creek OpCo, LLC; and Shakenbake Investments, LLC, by their attorneys Hinshaw & Culbertson LLP, hereby give notice pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that Defendant Shakenbake Investments, LLC is dismissed without prejudice and without costs to either party. No class has been certified in this case, and therefore, Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Dated this 5th day of July, 2023.

     */s/ David M. Potteiger*
     James A. Walcheske, State Bar No. 1065635
     Scott S. Luzi, State Bar No. 1067405
     David M. Potteiger, State Bar No. 1067009
     WALCHESKE & LUZI, LLC
     235 N. Executive Drive, Suite 240
     Brookfield, WI 53005
     Phone: 262-780-1953
     jwalcheske@walcheskeluzi.com
     sluzi@walcheskeluzi.com
     dpotteiger@walcheskeluzi.com

1058731\313836887.v1

Dated this 5th day of July, 2023.

/s/ Corey J. Swinick
Tomislav Z. Kuzmanovic, State Bar No. 1003563
Corey J. Swinick, State Bar No. 1097530
HINSHAW & CULBERTSON LLP
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
Phone: 414-276-6464
tkuzmanovic@hinshawlaw.com
cswinick@hinshawlaw.com

Alexander M. Baggio
MN State Bar No. 0389912
HINSHAW & CULBERTSON LLP
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Phone: 612-333-3434
abaggio@hinshawlaw.com

2