MARANDA PARKER,
on behalf of herself and
all others similarly situated,

        Plaintiff,                                   Case No. 22-cv-943

        v.

IGNITE TEAM PARTNERS, LLC, *et. al.*

        Defendants

---

**STIPULATION TO CERTIFY A CLASS ACTION PURSUANT TO
FED R. CIV. P. 23, A COLLECTIVE ACTION PURSUANT TO SECTION 216(b) OF
THE FLSA, AND TO CERTIFY CLASS COUNSEL AND THE NAMED PLAINTIFF AS
REPRESENTATIVE FOR THE CLASS**

---

The Parties, by and through their counsel of record, submit this Joint Stipulation to Certify a Class Action pursuant to FED. R. CIV. P. ("Rule") 23 and a Collective Action pursuant to 29 U.S.C. § 216(b) for settlement purposes only. The Parties further stipulate to an Order designating the Named Plaintiff, Maranda Parker, as representative for the Rule 23 Class and 29 U.S.C. § 216(b) Collective ("Class Representative") and an Order designating Walcheske & Luzi, LLC as class counsel for the Rule 23 Class and 29 U.S.C. § 216(b) Collective ("Class Counsel"). This stipulation is only entered into, and the class and collective only certified, as a condition and for purposes of the settlement reached between the Parties. The Parties, through negotiation, reached a settlement in principle in this case on January 24, 2024 which was later finalized in April 2024. In connection with this settlement, the Parties agreed to stipulate to certification of the proposed Rule 23 Class and 29 U.S.C. § 216(b) Collective, as defined below, for settlement purposes only.

## THE RULE 23 CLASS AND 29 U.S.C. § 216(b) COLLECTIVE

1. The Parties stipulate to certify a Class Action of the following class pursuant to Rule 23; that class is defined as:

> All hourly-paid, non-exempt employees at the Ignite Medical Resorts Oak Creek facility in Oak Creek, Wisconsin facility between August 17, 2019 and August 17, 2022 who received bonus compensation, such as monetary bonuses, incentives, awards, and/or other rewards and payments in workweeks in which they worked in excess of forty (40) hours in a workweek ("Class Members").

2. The Parties further stipulate to certify a Collective Action of the following collective pursuant to 29 U.S.C. § 216(b); that class is defined as:

> All hourly-paid, non-exempt employees employed by at the Ignite Medical Resorts Oak Creek facility in Oak Creek, Wisconsin facility between August 17, 2019 and August 17, 2022 who received bonus compensation, such as monetary bonuses, incentives, awards, and/or other rewards and payments in workweeks in which they worked in excess of forty (40) hours in a workweek ("Collective Members").

3. Plaintiff Maranda Parker is an appropriate Class Representative because she was employed by Defendants during the relevant statutory period in the State of Wisconsin and was subject to substantially similar wage and hour policies or practices as putative members of the Rule 23 Class and 29 U.S.C. § 216(b) Collective. Plaintiff has zealously prosecuted the interests of the Rule 23 Class and 29 U.S.C. § 216(b) Collective through qualified counsel, Walcheske & Luzi, LLC, and has adequately represented their interests.

4. Walcheske & Luzi, LLC are qualified, experienced, and generally able to conduct the litigation, and are appropriate Class Counsel.

5. Fairness and procedural considerations support proceeding as a Rule 23 Class and 29 U.S.C. § 216(b) Collective.

6. If the Parties' proposed settlement is not finally approved by the Court, or the settlement is terminated or fails to become effective in accordance with the terms of the Settlement

2

Agreement and Release, this Stipulation and the Court's Order as to this Stipulation shall be vacated without further Order of the Court and the Parties will request new deadlines within which to complete class and collective certification briefing.

Dated this 26th day of April, 2024

**s/ *David M. Potteiger*** 

James A. Walcheske, SBN 1065635
Scott S. Luzi, SBN 1067405
David M. Potteiger, SBN 1067009

Walcheske & Luzi LLC
235 North Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com
Email: dpotteiger@walcheskeluzi.com

*Attorneys for Plaintiff*

**s/ *Alxander M. Baggio*** 

Tomislav Z. Kuzmanovic, SBN 1003563
Alexander M. Baggio, MN SBN 0389912
Corey J. Swinick, SBN 1097530

Hinshaw & Culbertson LLP
100 East Wisconsin Ave, Suite 2600
Milwaukee, WI 53202
Telephone: (414) 276-6464
Email: tkuzmanovic@hinshawlaw.com
Email: abaggio@hinshawlaw.com
Email: cswinick@hinshawlaw.com

*Attorneys for Defendants*

3