UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARANDA PARKER,
on behalf of herself and
all others similarly situated,

                Plaintiff,

          v.                      Case No. 22-CV-943

IGNITE TEAM PARTNERS, LLC, et al.,

                Defendants.

---

## ORDER

---

On April 26, 2024, the parties filed a Joint Motion for Preliminary Approval of Settlement with this Court. (ECF No. 34.)

This Court GRANTS the parties' Joint Motion for Preliminary Approval of Settlement (ECF No. 34) and PRELIMINARILY APPROVES the parties' Settlement Agreement (ECF No. 34-1) as a fair, reasonable, and adequate resolution of a bona fide dispute under the FLSA and the WWPCL, and ORDERS the following:

1. For settlement purposes only, this case is certified as a collective action under 29 U.S.C. § 216(b) and a class action under FED. R. CIV. P. 23;

2. Maranda Parker is appointed Representative for the FLSA Collective and WWPCL Class;

3. Walcheske & Luzi is appointed as Counsel for the FLSA Collective and WWPCL Class;

4. The Notice Packet and Consent to Join Form in the form set forth in Exhibit B of the Settlement Agreement is approved for distribution to all putative Settlement Class Members;

5. The Notice Packet to be given constitutes the best notice practicable under the circumstances, including individual notices to all putative Settlement Class members who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to putative Settlement Class Members, in full compliance with the requirements of applicable law, including the Due Process Clause of the United States Constitution;

6. Each putative Settlement Class Member who wishes to be excluded from the WWPCL Class must exclude himself or herself no later than thirty (30) calendar days after the mailing of the Notice Packet ("Notice Period") per the instructions set forth in the Notice Packet and that such exclusion must be received by the dates set forth in the Court's Preliminary Approval Order;

7. Any Settlement Class Member who wishes to participate in the FLSA Collective must submit a Consent to Join Form during the Notice Period.

8. Any Settlement Class Member who timely submits a Consent to Join Form during the Notice Period and who becomes part of the FLSA Collective shall be bound by this Agreement and shall release all FLSA claims in the event the Court issues a Final Order approving the Settlement;

9. Any Settlement Class Member who remains part of the WWPCL Class by not excluding himself or herself during the Notice Period per the instructions set forth in the Notice Packet will be bound by this Agreement and shall release all WWPCL claims in the event the Court issues a Final Order approving the Settlement;

10. The Clerk is directed to schedule a Fairness Hearing in approximately ninety (90) days from the date of this order to determine whether the Settlement Agreement should be finally approved as fair, reasonable, and adequate, and whether the proposed Final Order Approving the Settlement should be entered;

11. Class Counsel shall file any remaining Motions – including a Motion for Attorneys' Fees and Costs, a Motion for Plaintiff's Service Payment, and a Motion for Final Settlement Approval – at least twenty-one (21) calendar days prior to

the Fairness Hearing and that the Court shall determine at the Fairness Hearing the amount of attorneys' fees, costs and administration-related fees and costs that shall be awarded to Class Counsel; and

12. Any member of the putative Settlement Class who wishes to object to the Motion for Attorneys' Fees and Costs, Motion for Plaintiff's Service Payment, and/or Motion for Final Settlement Approval – file the same at least fourteen (14) calendar days prior to the Fairness Hearing in accordance with the instructions set forth in the Notice Packet.

Dated at Milwaukee, Wisconsin this 23rd day of May, 2024.

_WILLIAM E. DUFFIN_
WILLIAM E. DUFFIN
U.S. Magistrate Judge