UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

MARANDA PARKER,
on behalf of herself and
all others similarly situated,

        Plaintiff,                            Case No. 22-cv-943

        v.

IGNITE TEAM PARTNERS, LLC, *et. al.*

        Defendants

---

**PLAINTIFF'S UNOPPOSED MOTION FOR
APPROVAL OF ATTORNEYS' FEES AND COSTS**

---

NOW COMES Plaintiff, Maranda Parker, on behalf of herself and all others similarly situated, by and through her counsel, Walcheske & Luzi, LLC, and hereby respectfully Motions this Court for Approval of Attorneys' Fees and Costs on the grounds set forth herein, in Plaintiff's supporting Brief, and in the accompanying Declaration.

1.      Plaintiff's counsel has achieved substantial and considerable success in this matter – a Fair Labor Standards Act (FLSA) Collective and a Wisconsin Wage Payment and Collection Law (WWPCL) Class – on behalf of current and former employees of Defendants, Ignite Team Partners, LLC and IMR Oak Creek OPCO, LLC, negotiating a fair and reasonable settlement of this matter with Defendants' Counsel, the terms of which are embodied in the parties' executed settlement agreement, titled "Settlement Agreement & Release," (hereinafter simply, the

"Settlement Agreement"), (ECF No. 34-1), and preliminarily approved by this Court. (ECF No. 38);

2. In accordance with the agreed-upon terms of the parties' Settlement Agreement, Plaintiff's Counsel motions this Court for approval of attorneys' fees and costs in the total amount of $53,333.34, which represents one-third (1/3) of the total settlement amount of $160,000.00 and reimbursement of litigation costs and administration expenses not to exceed $4,250.00. (ECF No. 34-1, ¶ 3.2);

3. Defendants do not oppose Plaintiff's Motion for Approval of Attorneys' Fees and Costs in the total amount of $57,583.34, and Defendants agree that Plaintiff's attorneys' fees and costs in this matter are reasonable (*Id.*); and

4. Plaintiff's Counsel's requested attorneys' fees and costs are fair, reasonable, and representative of and consistent with the rates of other attorneys in the community and approved in similar matters before this Court in multi-plaintiff FLSA collective and WWPCL class cases.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant her Motion for Approval of Attorneys' Fees and Costs in the total amount of $57,583.34 as set forth herein.

Dated this 30th day of July, 2024

WALCHESKE & LUZI, LLC
Counsel for Plaintiff

 s/ *David M. Potteiger*
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1067405
David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-mail: jwalcheske@walcheskeluzi.com
E-mail: sluzi@walcheskeluzi.com
E-mail: dpotteiger@walcheskeluzi.com