# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

MARANDA PARKER,
**On behalf of herself and**
**All others similarly situated,**

        **Plaintiff,**

        **v.**                  **Case No. 22-CV-943**

**IGNITE TEAM PARTNERS LLC.,**
**and IMR OAK CREEK OPCO LLC.,**

        **Defendants.**

☒   **Decision by Court.** This action came before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED:**

1. The following Fed. R. Civ. P. 23 Class has been certified for state law claims:

    a. All hourly-paid, non-exempt employees at the Ignite Medical Resorts Oak Creek facility in Oak Creek, Wisconsin between August 17, 2019 and August 17, 2022 who received bonus compensation, such as monetary bonuses, incentives, awards, and/or other rewards and payments in workweeks in which they worked in excess of forty (40) hours in a workweek.

2. The following FLSA Collective Class has been certified for federal law claims:

    a. All hourly-paid, non-exempt employees employed by at the Ignite Medical Resorts Oak Creek facility in Oak Creek, Wisconsin facility between August 17, 2019 and August 17, 2022 who received bonus compensation, such as monetary bonuses, incentives, awards, and/or other rewards and payments in workweeks in which they worked in excess of forty (40) hours in a workweek.

3. Defendants agree to pay up to the maximum Gross Settlement Amount of One Hundred and Sixty Thousand Dollars and Zero Cents ($160,000.00), which shall fully resolve and satisfy any and all amounts to be paid to the Plaintiffs, a Service Award to the Named Plaintiff, and attorneys' fees and non-taxable costs including settlement administration costs. Defendants will not be required to pay more than this amount under the terms of this Agreement, with the exception of Employer Payroll Taxes.

4. As Class Representative, Plaintiff Maranda Parker is awarded the amount of $10,000.00 as a service award. Defendants shall pay this amount from the Gross Settlement Amount.

5. Class Counsel Walcheske & Luzi, LLC. shall receive the sum of Fifty-Three Thousand, Three Hundred and Thirty-Three Dollars and Thirty-Four Cents ($53,333.34) as attorneys' fees and Four Thousand, Two Hundred and Fifty Dollars and Zero Cents ($4,250.00) for case-related costs.

6. The final approval of the Settlement is **GRANTED.** This entire action is **DISMISSED WITH PREJUDICE** and without costs to any Party**.**

Date: March 25, 2025.

Gina M. Colletti, Clerk of Court
EASTERN DISTRICT OF WISCONSIN
(By) Deputy Clerk, s/Mary Murawski
Approved this 25th day of March, 2025.

_____
WILLIAM E. DUFFIN
United States Magistrate Judge

2